**Dave WILCOXSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28711.**

Court of Criminal Appeals of Texas.

Jan. 9, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is possession of intoxicating liquor for the purpose of sale in a dry area with two prior convictions for like offenses alleged for enhancement; the punishment, a fine of $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.